**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANTOLIN ANDREW MARKS, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.  07-1026  (EGS) |
| | : | |
| GERALD THOMPSON, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## MEMORANDUM OPINION

On January 7, 2011, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute.  Because plaintiff has not filed a response by the January 31, 2011 deadline, the Court will dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

An Order accompanies this Memorandum Opinion.

Signed:       EMMET G. SULLIVAN
             United States District Judge

Dated:        February 10, 2011